1014

No. 396, Misc.   MELTON *v.* COLORADO.   Sup. Ct. Colo. Certiorari denied.   Petitioner *pro se.   Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John P. Moore,* Assistant Attorney General, for respondent.

No. 429, Misc.   RUUD *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 448, Misc.   CUEVAS *v.* SDRALES, DBA SEVENTY-THREE INN, ET AL.   C. A. 10th Cir.   Certiorari denied. *George H. Searle* for petitioner.   *Gerald R. Miller* and *Shirley P. Jones* for respondents.

No. 454, Misc.   WATTS *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 476, Misc.   WHITE *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 494, Misc.   UNSWORTH *v.* OREGON.   Sup. Ct. Ore. Certiorari denied.

No. 512, Misc.   PONTON *v.* OREGON.   Sup. Ct. Ore. Certiorari denied.   *Howard R. Lonergan* for petitioner. *George Van Hoomissen* for respondent.